

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Securitas Electronic Security, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101110 | $15,086.42 | 2/13/2023 | 2751587 | 9/21/2022 | $1,217.36 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101107 | $8,874.39 | 2/13/2023 | 2705997 | 8/15/2022 | $525.64 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101107 | $8,874.39 | 2/13/2023 | 7001089334 | 9/23/2022 | $5,315.81 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101110 | $15,086.42 | 2/13/2023 | 2728688 | 8/31/2022 | $866.73 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101110 | $15,086.42 | 2/13/2023 | 2731772 | 9/2/2022 | $2,225.20 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101110 | $15,086.42 | 2/13/2023 | 2734540 | 9/7/2022 | $2,253.20 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101110 | $15,086.42 | 2/13/2023 | 2738316 | 9/12/2022 | $434.44 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101107 | $8,874.39 | 2/13/2023 | 2672466 | 7/15/2022 | $3,032.94 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101110 | $15,086.42 | 2/13/2023 | 2751586 | 9/21/2022 | $898.56 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101192 | $1,784.67 | 4/6/2023 | 2836471 | 12/2/2022 | $896.49 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101110 | $15,086.42 | 2/13/2023 | 2751955 | 9/22/2022 | $158.32 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101110 | $15,086.42 | 2/13/2023 | 2754478 | 9/23/2022 | $49.95 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101110 | $15,086.42 | 2/13/2023 | 2756179 | 9/26/2022 | $382.52 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101110 | $15,086.42 | 2/13/2023 | 2756193 | 9/26/2022 | $421.78 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101110 | $15,086.42 | 2/13/2023 | 7001067882 | 8/22/2022 | $5,315.81 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101111 | $2,347.81 | 2/13/2023 | 2721663A | 8/29/2022 | $2,347.81 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101192 | $1,784.67 | 4/6/2023 | 2836470 | 12/2/2022 | $888.18 |
| Buy Buy Baby Inc. | Buy Buy Baby Inc. | 101110 | $15,086.42 | 2/13/2023 | 2740734 | 9/13/2022 | $862.55 |

| | | | |
|---|---|---|---|
| **Totals:** | 4 transfer(s), | $28,093.29 | |