| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Marianna Udem<br>Brigette McGrath<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Special Counsel to the Plan Administrator* |

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),[2]<br>                Plaintiff,<br><br>v.<br><br>Securitas Electronic Security, Inc.,<br>                Defendant. | Adv. No. 24-01412-VFP |

## STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

---

[1] The last four digits of Debtor Bed Bath & Beyond Inc.'s tax identification number are 0488. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://restructuring.ra.kroll.com/bbby. The location of Debtor Bed Bath & Beyond Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 650 Liberty Avenue, Union, New Jersey 07083.

[2] Pursuant to the *Certificate of Amendment of the Certificate of Incorporation of Bed Bath & Beyond Inc.*, which was filed with the State of New York Department of State on September 21, 2023, the name of the entity formerly known as "Bed Bath & Beyond Inc." was changed to *20230930-DK-Butterfly, Inc.* [Filing ID No. 230921001833 DOS ID 315602].

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding be dismissed. This matter has been settled and this dismissal is with prejudice. An answer has been filed.

| | |
|---|---|
| Dated: July 1, 2025 | Dated: July 1, 2025 |
| ASK LLP | ARCHER & GREINER, P.C. |
| */s/ Brigette McGrath* | */s/ Douglas G. Leney* |
| Brigette McGrath, Esq. | Douglas G. Leney, Esq. |
| NJ SBN 01000-2011 | 1025 Laurel Oak Road |
| 2600 Eagan Woods Drive, Suite 400 | Voorhees, NJ 08043 |
| St. Paul, MN  55121 | Telephone: (856) 795-2121 |
| Telephone: (651) 289-3857 | Email: dleney@archerlaw.com |
| Email: bmcgrath@askllp.com | |
| | -and- |
| -and- | |
| | BOVARNICK AND ASSOCIATES, LLC |
| Marianna Udem, Esq. | Robert M. Bovarnick, Esq. |
| NJ SBN 03659-2006 | 555 City Avenue, Suite 480 |
| 60 East 42nd Street, 46th Floor | Bala Cynwyd, PA 19004 |
| New York, NY  10165 | Telephone: (215) 568-4480 |
| Telephone: (212) 267-7342 | Email: rbovarnick@rbovarnick.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |